No. 25-7868

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CARMEN ARACELY PABLO SEQUEN, YULISA ALVARADO AMBROCIO, MARTIN HERNANDEZ TORRES, AND LIGIA GARCIA,
Plaintiffs-Appellees,
v.
SERGIO ALBARRAN, MARCOS CHARLES, THOMAS GILES, MONICA BURKE, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, SIRCE E. OWEN, PAMELA BONDI, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION AND REVIEW, UNITED STATES OF AMERICA,
Defendants-Appellants.

On Appeal from the United States District Court
for the Northern District of California
District Court Case No. 25-cv-06487-PCP

# DEFENDANTS-APPELLANTS' UNOPPOSED MOTION TO HOLD APPEAL IN ABEYANCE

January 9, 2026

**CRAIG H. MISSAKIAN**
United States Attorney
**PAMELA T. JOHANN**
Chief, Civil Division
**DOUGLAS JOHNS**
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (415) 846-8947
**Attorneys for Defendants-Appellants**

## INTRODUCTION

Defendants-Appellants Sergio Albarran, Marcos Charles, Thomas Giles, Monica Burke, Kristi Noem, United States Department of Homeland Security, Todd M. Lyons, Sirce E. Owen, Pamela Bondi, United States Immigration and Customs Enforcement, United States Department of Justice, Executive Office for Immigration and Review, and United States of America ("Appellants") respectfully request that the Court hold this appeal in abeyance pending resolution of the appeal in *Rodriguez Vazquez v. Bostock, et al.*, No. 25-6842 (9th Cir.) (filed October 28, 2025), which involves the exact same issue of statutory interpretation as this appeal and in which the Court granted an unopposed motion to expedite. The Court should hold this appeal in abeyance because it is in the interest of justice, respects judicial economy, and would result in little to no delay. Petitioners-Appellees Carmen Aracely Pablo Sequen, Yulisa Alvarado Ambrocio, and Ligia Garcia ("Appellees") do not oppose the requested relief.

## BACKGROUND

Appellees are aliens who entered the United States without admission and were arrested, detained, and placed in removal proceedings by U.S. Immigration and Customs Enforcement. *See* Order Granting Preliminary Injunction ("PI Order"), *Carmen Aracely Pablo Sequen, et al. v. Sergio Albarran, et al.*, No. 25-

cv-06487-PCP, ECF No. 90 at 4-6.¹ Appellees then sought habeas relief in the Northern District of California.

The district court granted the requests of Appellees Yulisa Alvarado Ambrocio and Ligia Garcia² for a preliminary injunction. *See* PI Order at 1, 24. It reasoned that Appellees were not "applicants for admission . . . *seeking admission*" under 8 U.S.C. § 1225(b)(2), and therefore were not subject to mandatory detention under § 1225(b)(1)(B) or § 1225(b)(2). *Id.* at 14-16.

In *Rodriguez Vazquez*, the government challenges an order from another district judge who took the same position in the Western District of Washington. In that case, the district court held that the petitioner may only be detained under the discretionary detention statute of 8 U.S.C. § 1226(a). *See Rodriguez Vazquez*, – F. Supp. 3d –, 2025 WL 2782499, at *2 (W.D. Wash. Sept. 30, 2025). Thus, the same issue of statutory interpretation — whether "applicants for admission" are subject to mandatory detention under 8 U.S.C. § 1225(b) — is at the heart of this appeal and *Rodriguez Vazquez*.

---

¹ Citations to electronic case files ("ECF") refer to the district court docket in the underlying action.

² On September 16, 2025, the district court granted Appellee Carmen Aracely Pablo Sequen's request for a preliminary injunction. *See* Order Granting Preliminary Injunction, *Carmen Aracely Pablo Sequen, et al. v. Sergio Albarran, et al.*, No. 25-cv-06487-PCP, ECF No. 27.

1

## ARGUMENT

The Court should hold this appeal in abeyance pending the resolution of *Rodriguez Vazquez*. Holding a case in abeyance promotes judicial economy when the case has issues in common with other pending cases. *See*, *e.g.*, Order, *Sixtos Chavez v. Noem*, No. 25-7077 (9th Cir. Dec. 3, 2025) (staying appellate proceedings pending the resolution of *Rodriguez Vazquez*); Order, *United States v. Beaver*, No. 17-15108, 2017 WL 3136181, *1 (9th Cir. Jun. 16, 2017) (holding an appeal in abeyance because it involved similar issues as other pending cases). This appeal and *Rodriguez Vazquez* involve the same issue of statutory interpretation regarding the scope of U.S. Department of Homeland Security's detention authority under 8 U.S.C. § 1225(b). Therefore, this Court's resolution of *Rodriguez Vazquez* should resolve this appeal.

Judicial economy also weighs heavily in favor of holding this case in abeyance. Without abeyance, these appeals will require separate panels of this Court to review and analyze similar records. Holding this case in abeyance also precludes the possibility of separate panels reaching contradictory holdings and necessitating consideration of the issues by this Court sitting *en banc*. *See Farish for Farish v. Courion Industries, Inc.*, 754 F.2d 1111, 1114 (4th Cir. 1985). Moreover, holding this appeal in abeyance will not unduly interfere with proceedings in this appeal. Briefing has not begun in the instant appeal and the

2

Court has granted unopposed expedited briefing and argument in *Rodriguez Vazquez*, such that the government filed its opening brief on December 22, 2025, the appellee's answering brief is due January 21, 2026, and argument is scheduled for March 4, 2026. *See Rodriguez Vazquez*, No. 25-6842, Dkt. Nos. 17–21.

On December 9, 2025, this Court granted a similar motion to stay appellate proceedings pending the resolution of *Rodriguez Vazquez v. Bostock*, No. 25-6842. *See Oliverio Cortes Alonzo v. Kristi Noem, et al.*, No. 25-7348, Dkt. Nos. 6.1 (9th Cir. 2025). More recently, on December 31, 2025, this Court granted another similar motion to stay appellate proceedings pending the resolution of *Rodriguez Vazquez v. Bostock*, No. 25-6842, or until further notice of the Court. *See Odtman Alfonso Cardenas, et al. v. Sergio Albarran, et al.*, No. 25-7861, Dkt. Nos. 8.1 (9th Cir. 2025). Appellants request the same relief in this motion.

Prior to filing this motion, undersigned counsel conferred with counsel for Appellees regarding their position. Appellees' counsel stated that Appellees do not oppose the Court holding this appeal in abeyance.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that the Court hold this appeal in abeyance pending its resolution of *Rodriguez Vazquez*.

3

Dated: January 9, 2026	Respectfully submitted,

                                                  Douglas Johns
Assistant U.S. Attorney
Office of the U.S. Attorney
60 South Market Street
Suite 1200
San Jose, CA 95113
Tel: 415-846-8947
Email: douglas.johns@usdoj.gov

Attorneys for Defendants-Appellants

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I certify that Appellants' foregoing motion complies with the type-volume limitation for papers submitted under Rule 27(d)(2)(A). Appellants' motion contains 844 words, with no words contained in any visual images, and its size and typeface comply with Rule 27(d)(1)(E).

Dated: January 9, 2026                              */s/ Douglas Johns*
                                                                    DOUGLAS JOHNS

## **CERTIFICATE OF SERVICE**

I certify that on January 9, 2026, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the appellate ACMS system. I also certify that opposing counsel is a registered ACMS user and that service will be accomplished by the ACMS system.

Dated: January 9, 2026 				*/s/ Douglas Johns*
					DOUGLAS JOHNS