

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | FILED |
| FOR THE NINTH CIRCUIT | JAN 12 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

LIGIA GARCIA; et al.,

       Petitioners - Appellees,

 v.

SERGIO ALBARRAN; et al.,

       Respondents - Appellants.

No. 25-7868

D.C. No. 5:25-cv-06487-PCP
Northern District of California, San Jose

ORDER

    The unopposed motion (Docket Entry No. 6) to stay appellate proceedings is granted. Proceedings in this appeal are stayed pending issuance of the mandate in *Rodriguez Vazquez v. Bostock, et al.* (No. 25-6842).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT