# No. 25-7868

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

---

**LIGIA GARCIA, et al.,**
**Petitioners-Appellees,**

**v.**

**SERGIO ALBARRAN, et al.,**
**Respondents-Appellants.**

---

**JOINT STIPULATION TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

Pursuant to Federal Rule of Appellate Procedure 42(b), the parties stipulate and agree as follows:

1. On September 18, 2025, Petitioners-Appellees Ligia Garcia and Yulisa Alvarado Ambrocio filed a petition for writ of habeas corpus and an emergency motion for a temporary restraining order against Respondents-Appellants.

2. On October 15, 2025, the district court entered an order granting Petitioner-Appellees' motion for preliminary injunction.

3. On December 15, 2025, Respondents-Appellants filed a protective notice of appeal.

4. On January 12, 2026, these appellate proceedings were stayed pending the issuance of the mandate in *Rodriguez Vazquez v. Bostock, et al.*, No. 25-6842.

5. The government has determined that this appeal is no longer warranted and wishes to withdraw the instant appeal.

6. No appellate briefs have been filed by either party.

7. The parties make no representations or admissions concerning the merits of the instant appeal.

8. The parties stipulate that the instant appeal is dismissed, pursuant to Federal Rule of Appellate Procedure 42(b)(1), and that each party shall bear its own costs, attorneys' fees, and expenses on or related to this appeal.

Dated: July 22, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney

Attorneys for Respondents-Appellant

DATED: July 22, 2026

LAWYERS' COMMITTEE FOR CIVIL RIGHTS, SAN FRANCISCO

*/s/ Marissa Hatton*
MARISSA HATTON

Attorney for Petitioners-Appellees